JODI LINKER
Federal Public Defender
Northern District of California
JESSICA YU
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Email: Jessica_Yu@fd.org

Counsel for Defendant WORSHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PHILLIP WORSHAM<br>Defendant. | **Case No.:** 24-CR-000129-EJD<br><br>**DEFENDANT'S STATUS MEMORANDUM REGARDING MENTAL HEALTH TREATMENT PROGRAM AND RELEASE** |

## STATUS MEMORANDUM

On July 14, 2026, undersigned counsel attended Mr. Worsham's hearing in Santa Clara County's mental health treatment court before Judge Manley. Mr. Worsham had been previously assessed by County Behavioral Health on June 29, 2026 to determine an appropriate release and mental health treatment plan. At the July 14 hearing, Judge Manley ordered Mr. Worsham released to the Muriel Wright Recovery Center Crisis Residential Treatment (CRT) program, to be followed by outpatient treatment. *See* July 14, 2026 Hearing Minute Order, attached as Defense Exhibit A.

At the hearing, undersigned counsel spoke with Eric Cannotta from County Behavioral Health Services to obtain additional information regarding program logistics. The Muriel Wright residential program, located at 298B Bernal Road, San Jose, CA 95119, is typically about a month-long

program, with outpatient treatment to follow as the individual transitions into a transitional housing unit (THU). Individuals will receive group and individual therapy, in addition to case management and medication support services. Undersigned counsel has attached an informational brochure regarding the program for this Court's consideration. *See* Muriel Wright Brochure, attached as Defense Exhibit B; *see also* https://www.telecarecorp.com/muriel-wright-crt. The outpatient treatment plan will be customized and tailored to each individual based on their needs in the residential treatment program.

On July 27, 2026, undersigned counsel additionally spoke with Mairead O'Keefe, Supervising Attorney with the Santa Clara County Public Defender Office's Mental Health Team. Ms. O'Keefe advised that CRT patients stay between 21 and 30 days and then transition into a lower level of care. CRT is the highest level of voluntary mental health care offered in the county. Clients in CRT receive 24/7 care and must have at least one face-to-face check-in every day. There is a multidisciplinary team—some programs have on site psychiatry appointments and others have Nurse Practitioners to assist with telehealth psychiatry appointments. Clients receive regular medication checks and assistance with updating their discharge plan when they are ready to transition to outpatient treatment.

Although Mr. Worsham has been ordered released by the state court to the Muriel Wright CRT program, he currently remains in custody on a waitlist for bed space. The waitlist is typically about three to four weeks long.

Mr. Worsham has continued to demonstrate his commitment to self-improvement and stability. He continues to take advantage of programming at the Elmwood Jail. *See* Worsham Certificates, attached as Defense Exhibit C. Mr. Worsham asks this Court for the opportunity to continue this meaningful turning point and to build upon his progress.

For the aforementioned reasons, Mr. Worsham respectfully requests that this Court impose a sentence of time-served, followed by three years of supervised release, and that he be ordered to participate in Santa Clara County's mental health treatment program as a condition of his supervised release under U.S. Probation.

Dated: July 27, 2026

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S

JESSICA YU
Assistant Federal Public Defender